# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE JANE FRASER,<br><br>       Plaintiff,<br><br>  vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>       Defendant | Case No.: 1:15-cv-01630-GSA<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Pursuant to the parties' Stipulation (Doc. 19), Equal Access to Justice Act fees ("EAJA") and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. §§ 2412, and1920, shall be awarded to Plaintiff's counsel. Any monies paid shall me made pursuant to *Astrue v. Ratliff*, 130 S. Ct. 1521, 2529 (2010), and in accordance to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   __**January 30, 2017**__         _____**/s/ Gary S. Austin**__
                                    UNITED STATES MAGISTRATE JUDGE